UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIF TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>L.S. McEWAN,<br><br>    Respondent. | Case No. CV 11-10393 AG(JC)<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

 DATED:  February 29, 2016

          _____
          HONORABLE ANDREW J. GUILFORD
          UNITED STATES DISTRICT JUDGE